# THE JACOB D. FUCHSBERG LAW FIRM, LLP
3 PARK AVENUE, SUITE 3700
NEW YORK, NEW YORK 10016
TEL: (212) ███-████
FAX: (212) ███-████
www.fuchs███.com

ALAN L. FUCHSBERG
BRADLEY S. ZIMMERMAN
_____

ELI A. FUCHSBERG*
KEITH H. GROSS
AARON HALPERN*
JOSEPH LANNI*
SHANNON MONTGOMERY*
CHRISTOPHER NYBERG*
_____

ANGELINA ADAM*
NEAL BHUSHAN*
AMANDA LEVINE
JAEHYUN OH*
WALTER OSUNA*
ILANA WOLK*
_____

*ALSO ADMITTED IN NEW JERSEY

---

> Application for stay denied. Counsel is directed to comply with Federal Rule of Civil Procedure 25(a).
>
> The Clerk of the Court is respectfully directed to terminate the pending motion sequence at Doc. 27.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> December 14, 2020

---

December 10, 2020

**Via ECF**
Honorable Philip M. Halpern, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Mexhuani v. Royal-Pak Systems, Inc, et al.**
      **Case#: 7:20-cv-04625-PMH**

Dear Justice Halpern:

We represent the Plaintiff with respect to the above-referenced action.

We are writing to inform the Court that the Plaintiff Pajtim Mexhuani has passed away. Consequently, we respectfully request that this matter be stayed. Our office is currently in the process of obtaining Letters of Administration and will inform the Court when same are received.

As always, please feel free to contact me with any questions or concerns.

Respectfully,

Eli A. Fuchsberg, Esq.

Cc:   All counsel via ECF